869 A.2d 481

**Edward LOWE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 17, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of February, 2005, probable jurisdiction is noted and the order appealed is affirmed.